AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

RECEIVED
3/4/2025
1:40 PM
USMS W/AR

United States of America
v.

Jordan Hammond

Defendant

Case No. 6:25-mj-6002

SEALED

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jordan Hammond

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Please see the attached Petition/Order.

Date: 03/04/2025



*Issuing officer's signature*   Ty Caldwell

Ronald E. Dowling, Clerk of Court
*Printed name and title*

City and state: _____

### Return

This warrant was received on *(date)* 03/04/2025, and the person was arrested on *(date)* 03/06/2025
at *(city and state)* Malvern, Arkansas.

Date: 03/06/2025

TIMOTHY GREER  Digitally signed by TIMOTHY GREER
Date: 2025.03.06 15:45:41 -06'00'

*Arresting officer's signature*

Tim Greer / SDUSM
*Printed name and title*